

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2017

The Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**   **United States v. Jeroen Van Den Elshout, 15 Cr. 810**

Dear Judge Francis:

    The Government writes to respectfully request that the Court unseal the above-referenced indictment, 15 Cr. 810, and that the case be assigned to a District Judge in wheel A.

                        Respectfully submitted,

                        JOON H. KIM
                        Acting United States Attorney for the
                        Southern District of New York

       By:    */s/*
                        George D. Turner / Shawn G. Crowley
                        Assistant United States Attorneys
                        (212) 637-2562 / 1034

SO ORDERED:

*/s/ James C. Francis IV*

HONORABLE JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/17
```