

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2017

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Jeroen Van Den Elshout</u>, 15 Cr. 810 (VEC)

Dear Judge Caproni:

    Earlier today, the above-referenced defendant was presented before the Honorable James C. Francis, U.S. Magistrate Judge. The Court has scheduled the defendant's arraignment and initial pretrial conference for April 6, 2017, at 12:00 p.m. The Government respectfully requests, with the defendant's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today's date and April 6, 2017. The requested exclusion will enable the parties to continue discussions of a potential disposition of this case. A proposed order excluding time is attached for the Court's consideration. As noted, the defense consents to this request.

                        Respectfully submitted,

                        JOON H. KIM
                        Acting United States Attorney

                By: /s/ George D. Turner
                    George D. Turner / Shawn G. Crowley
                    Assistant United States Attorneys
                    (212) 637-2562 / 1034

cc: Johanna Zapp, Esq. (by email)

```
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :        ORDER

  -v.-                             :        15 Cr. 810 (VEC)

JEROEN VAN DEN ELSHOUT,            :

        Defendant.                 :

- - - - - - - - - - - - - - - - - - -x
```

       Upon the application of the United States of America, by and through Joon H. Kim, Acting United States Attorney, George D. Turner, of counsel, and with the consent of the defendant, it is hereby ORDERED that the time from March 29, 2017 through April 6, 2017 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, as it will allow the parties to continue discussions of a possible disposition of this case.

SO ORDERED.

Dated:  New York, New York  
       March ___, 2017

                                          _____  
                                          HONORABLE VALERIE E. CAPRONI  
                                          UNITED STATES DISTRICT JUDGE