

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| | |
|---|---|
| *The Silvio J. Mollo Building*<br>*One Saint Andrew's Plaza*<br>*New York, New York 10007* | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:___3/29/2017___ |

**MEMO ENDORSED**

March 29, 2017

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    <u>**United States** v. **Jeroen Van Den Elshout**</u>, 15 Cr. 810 (VEC)

Dear Judge Caproni:

    Earlier today, the above-referenced defendant was presented before the Honorable James C. Francis, U.S. Magistrate Judge.  The Court has scheduled the defendant's arraignment and initial pretrial conference for April 6, 2017, at 12:00 p.m.  The Government respectfully requests, with the defendant's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today's date and April 6, 2017.  The requested exclusion will enable the parties to continue discussions of a potential disposition of this case.  A proposed order excluding time is attached for the Court's consideration.  As noted, the defense consents to this request.

               Respectfully submitted,

               JOON H. KIM
               Acting United States Attorney

               By:/s/ George D. Turner
                  George D. Turner / Shawn G. Crowley
                  Assistant United States Attorneys
                  (212) 637-2562 / 1034

Application DENIED.  Discussions regarding a potential pre-trial disposition are not grounds to exclude time pursuant to Section 3161(h)(7)(A).

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

3/29/2017