AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

__USA__  
Plaintiff  
v.  
__Jeroen Van Den Elshout__  
Defendant

Case No. __15 CR 810__

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

__Jeroen - Van den Elshout__

Date: __3/29/17__

_Attorney's signature_

__Johanni Zapp 9439__  
Printed name and bar number

__550 J Grand St #5F NY NY 10002__  
Address

__jszapp@aol.com__  
E-mail address

__917 742 4953__  
Telephone number

__917 492 1879__  
FAX number