USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,            :
                                     :       15-CR-810 (VEC)
        -against-                    :
                                     :       ORDER
                                     :
JEROEN VAN DEN ELSHOUT,              :
                        Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Defendant was arraigned on April 6, 2017;

IT IS HEREBY ORDERED that the parties must appear for a status conference on **May 4, 2017 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

The time between April 6, 2017 and May 4, 2017 is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served outweigh the interest of the public and the defendant in a speedy trial. Specifically, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), given the complexity of this matter and the parties' ongoing negotiations of a disposition, failing to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**SO ORDERED.**

Date:   April 6, 2017                                _____
        New York, New York                           **VALERIE CAPRONI**
                                                     **United States District Judge**