# JOHANNA ZAPP

550J GRAND STREET • SUITE 5F • NEW YORK, NEW YORK 10002

917-742-4953 • FAX 917-492-1879

**ATTORNEY**

DISTRICT OF COLUMBIA AND NEW YORK BARS

January 16, 2019

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>US v. Jeroen Van Den Elshout</u>
      15 CR 810

Dear Judge Caproni,

I represent the above referenced defendant. My client is scheduled to be sentenced by Your Honor on January 31, 2019. I had intended on filing the defendant's sentencing memorandum tomorrow, January 17. For the past several weeks, I have been involved with a trial in the Eastern District of New York. While I had believed I would be able to complete the memorandum by Thursday, an issue has come up involving visitation at the MDC that has set me back a few days. On Monday I sent my paralegal to review a document relevant to sentencing with my client. Visitation was suspended on Monday, I believe it was due to the shutdown, although I cannot be certain about this. As a result, my paralegal has to go on a different day that works with her schedule. I believe she will go today.

I am requesting that I be allowed to file my sentencing submission on Tuesday, January 22. That would give me enough time to finish what I am doing in the Eastern District of New York and for my paralegal to review this document with my client.

Thank you,

/s/Johanna Zapp

Attorney for Jeroen Van Den Elshout

cc: George Turner AUSA