# JOHANNA ZAPP

550J GRAND STREET • SUITE 5F • NEW YORK, NEW YORK 10002

917-742-4953 • FAX 917-492-1879

**ATTORNEY**

DISTRICT OF COLUMBIA AND NEW YORK BARS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2019
```

January 16, 2019

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>US v. Jeroen Van Den Elshout</u>
     15 CR 810

Dear Judge Caproni,

I represent the above referenced defendant. My client is scheduled to be sentenced by Your Honor on January 31, 2019. I had intended on filing the defendant's sentencing memorandum tomorrow, January 17. For the past several weeks, I have been involved with a trial in the Eastern District of New York. While I had believed I would be able to complete the memorandum by Thursday, an issue has come up involving visitation at the MDC that has set me back a few days. On Monday I sent my paralegal to review a document relevant to sentencing with my client. Visitation was suspended on Monday, I believe it was due to the shutdown, although I cannot be certain about this. As a result, my paralegal has to go on a different day that works with her schedule. I believe she will go today.

I am requesting that I be allowed to file my sentencing submission on Tuesday, January 22. That would give me enough time to finish what I am doing in the Eastern District of New York and for my paralegal to review this document with my client.

Thank you,

/s/Johanna Zapp

Attorney for Jeroen Van Den Elshout

cc: George Turner AUSA

---

Sentencing is adjourned to **February 6, 2019 at 11:00 A.M.** Defendant's sentencing memo is due no later than **January 25, 2019**.

SO ORDERED.            Date: 1/17/2019

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE