```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA :
:           15 Cr. 810 (VEC)
:
- v. -      :           ORDER
:
:
JEROEN VAN DEN ELSHOUT, :
:
                      Defendant. :
------------------------------------------------------------------ X

**VALERIE CAPRONI**, United States District Judge:

On February 6, 2019, the defendant in this action was sentenced to a period of time served. Subject to any detainers from other federal or state agencies, the defendant should be released from the custody of the United States Marshal.

SO ORDERED:

Dated:   New York, New York
         February 6, 2019

                                    _____
                                         VALERIE CAPRONI
                                    United States District Judge