UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2\6\19
```

------------------------------X

UNITED STATES OF AMERICA

- against -

JEROEN VAN DEN ELSHOUT

Defendant.

------------------------------X

ORDER OF
JUDICIAL REMOVAL

15-CR-810 (VEC)

Upon the application of the United States of America, by George D. Turner, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of JEROEN VAN DEN ELSHOUT (the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the Netherlands and a citizen of the Netherlands.

3. The defendant was paroled into the United States on or about March 29, 2017, at or near Westchester County Airport in White Plains, New York.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in this Court of Conspiracy to Commit Narcoterrorism (cocaine), in violation of Title 21, United States Code, Section 960a and Title 18, United States Code, Section 3238, and Attempt to

Commit Narcoterrorism (cocaine), in violation of Title 21, United States Code, Section 960a and Title 18, United States Code Section 3238.

5. The maximum sentence for each of the aforementioned offenses is a term of life imprisonment.

6. At the time of sentencing, the defendant will be subject to removal from the United States pursuant to: (1) Section 212(a)(2)(A)(i)(II) of the Immigration and Nationality Act, as amended, in that he is inadmissible as an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a violation of (or conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act, (21 U.S.C. 802)) and (2) Section 212(a)(2)(C)(i) of the Immigration and Nationality Act, as amended, in that he is an alien who a consular officer or Attorney General knows or has reason to believe is or has been an illicit trafficker in any controlled substance or in any listed chemical (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802)), or is or has been a knowing aider, abettor, assister, conspirator, or colluder with others in the illicit trafficking of any such controlled or listed substance or chemical, or endeavored to do so.

7. The defendant has waived his right to notice and a hearing under section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

THEREFORE, it is ordered that, pursuant to INA section 238(c), 8 U.S.C. § 1228(c), the defendant be removed from the United States to the Netherlands promptly upon

his satisfaction of any sentence of imprisonment, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing.

Dated:    New York, New York
          2/6, 2019

                                    _____
                                    THE HONORABLE VALERIE E. CAPRONI
                                    UNITED STATES DISTRICT JUDGE